```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CYNTHIA R. WINDER            :    CIVIL ACTION
                             :
       v.                    :
                             :
PATRICK R. DONAHOE           :    NO. 11-878
```

ORDER

AND NOW, this 17th day of August, 2012, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 16), the plaintiff's response thereto, after oral argument on July 17, 2012, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED.  Judgment is entered in favor of the defendant and against the plaintiff on all claims.  This case is closed.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```